

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

**NOS. PD-1386-10 & 1387-10**

---

**ANTHONY M. BARRIOS, Appellant**

**v.**

**THE STATE OF TEXAS**

---

**ON REHEARING OF APPELLANT'S
PETITION FOR DISCRETIONARY REVIEW
FROM THE FIRST COURT OF APPEALS
COLORADO COUNTY**

---

*Per curiam.*

## O P I N I O N

Appellant was convicted of possession with intent to deliver cocaine and possession of marijuana. He was sentenced to confinement for twenty years and eighteen months, respectively. The Court of Appeals affirmed the convictions. *Barrios v. State*, (Tex. App. — Houston [1st], Nos. 01-09-00298-CR & 01-09-00299, delivered August 12, 2010).

Appellant's petitions for discretionary review were dismissed as untimely filed on January 26, 2011. Appellant has filed motions for rehearing requesting reinstatement of his petitions so that they will be considered by this Court. Appellant's motions for rehearing are granted. His petitions filed on January 20, 2011, are reinstated as of March 9, 2011 and will be considered in accord with Tex.R.App.P. 68.

Delivered March 9, 2011
Do not publish